## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Steven Stegmann

                           Plaintiff,

v.                                                           Case No.: 1:22−cv−01179
                                                                  Honorable Gary Feinerman

PetSmart LLC

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 22, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion to dismiss [18] and motion to stay [20] are entered and continued. Plaintiff shall respond to the motions by 5/19/2022; Defendant shall reply by 6/6/2022. Motion hearing set for 6/22/2022 at 9:15 a.m. By agreement [17], discovery will not proceed pending resolution of Defendant's motions [18][20]. The status hearing set for 4/28/2022 [14] is stricken. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.