# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Steven Stegmann
                        Plaintiff,

v.                                              Case No.: 1:22−cv−01179
                                                     Honorable Thomas M. Durkin

PetSmart LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 22, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 6/22/2023 regarding the motion for preliminary approval of class action settlement [43]. No one was present on the call to object. For the reasons stated on the record, the motion [43] is granted. The parties are to contact Judge Durkin's courtroom deputy to schedule a final approval hearing. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.