IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN STEGMANN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PETSMART LLC,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01179<br><br>Hon. Thomas M. Durkin |

**SUPPLEMENT TO MOTION FOR FINAL APPROVAL**

Plaintiff supplements the Motion for Final Approval as follows:

1. On August 31, 2023, Plaintiff filed a Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement ("Motion"). (Dkt. No. 49). In the Motion, Plaintiff explained that Defendant identified 36 Additional Class Members after the Notice date. *Id.* p. 1.

2. On September 22, 203, pursuant to the request of the parties the Court entered a minute order resetting the Final Approval Hearing to allow time for the Settlement Administrator to send Notice to the 36 Additional Class Members and for them to have the opportunity to object to or exclude themselves from the Settlement. (Dkt No. 112).

3. Attached is a Supplemental Declaration of the Settlement Administrator providing updated Notice information. *See* Exhibit A, ¶ 14. None of the Additional Class Members objected to or requested exclusion from the Settlement. ¶ 20.

4. As explained in the Motion, with these Additional Class Members, the Settlement Class will include 626 Settlement Class Members. Under the Settlement Agreement, the Gross Settlement Fund increases from the figure set forth in the Settlement Agreement to $562,943.02

1

(626 Settlement Class Members times $899.27 per member), and the amount of the requested Fee Award also increases proportionally (35% of the updated Gross fund = $197,030.0).

5. The Settlement Administrator's updated cost estimate is $8,846. *Id.* at ¶ 22.

Respectfully submitted,

Dated: November 10, 2023 /s/Mara Baltabols

                                                                                   One of Plaintiff's Attorneys
Fish Potter Bolaños PC
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
Tel. (312) 861-1800
docketing@fishlawfirm.com
*Attorneys for Plaintiff
and Others Similarly Situated*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on November 10, 2023, which will serve a copy on all counsel of record.

/s/Mara Baltabols